**Dismissed and Opinion Filed April 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-13-00091-CR
_____

### JOHN ALAN SUBLETT, APPELLANT

### V.

### THE STATE OF TEXAS, APPELLEE

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80900-08**

## MEMORANDUM OPINION

Before Justices O'Neill, Myers, and Brown
Opinion by Justice Myers

Appellant has filed a motion to dismiss this appeal. In the motion, appellant's counsel states "that [a]ppellant is competent to make this decision and it is based upon [a]ppellant's reasoned judgment." This Court hereby **GRANTS** the motion to dismiss and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. *See* TEX. R. APP. P. 42.2(a).

E

Do Not Publish
TEX. R. APP. P. 47
130091F.U05

/Lana Myers/
_____
LANA MYERS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN ALAN SUBLETT, Appellant

No. 05-13-00091-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 416th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 416-80900-08.
Opinion delivered by Justice Myers.
Justices O'Neill and Brown participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 15th day of April, 2014.

/Lana Myers/
LANA MYERS
JUSTICE